UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

| | | |
|---|---|---|
| Case No. | **EDCV 21-848-MWF(KKx)** | Dated: July 19, 2021 |
| Title: | Justino Montiel -v- Hitachi America, Ltd, et al. | |

PRESENT:   HONORABLE MICHAEL W. FITZGERALD, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Rita Sanchez | Marea Woolrich |
| Courtroom Deputy | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| Brian Beecher | Michael Hurvitz |

<u>Movant</u>
Hector Salitrero

**PROCEEDINGS:**   **TELEPHONIC MOTION TO REMAND CASE TO SAN BERNARDINO SUPERIOR COURT [7]; MOTION FOR LEAVE TO INTEREVENE [9]**

The Courtroom Deputy Clerk issues the Court's tentative ruling, prior to the hearing.

Case called, and counsel make their appearance. The Court invites counsel to present their oral arguments. Arguments by counsel are heard. For the reasons stated on the record, the Court takes the matter under submission. An order will issue.

Initials of Deputy Clerk  rs
-1-                : 17 min